In re: Tommy F. ROBINSON; Carolyn Robinson, Debtors,

Tommy F. Robinson; Carolyn Robinson, Appellants,

v.

Wildlife Farms II, LLC, also known as Mallard Pointe Lodge and Reserve LLC; Bill Thompson; Boyd Rothwell, Appellees.

No. 10–2785.

United States Court of Appeals, Eighth Circuit.

Submitted: Jan. 13, 2011.

Filed: Jan. 19, 2011.

David O. Bowden, Little Rock, AR, for Appellants.

Stuart W. Hankins, Hankins Law Firm, North Little Rock, AR, for Appellees.

Before WOLLMAN, MURPHY, and MELLOY, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Tommy and Carolyn Robinson appeal the district court's[1] affirmance of the bankruptcy court's[2] order restraining them from pursuing certain claims and defenses in state court, on the ground that those claims and defenses are property of their bankruptcy estates. After carefully reviewing the record, *see In re Reynolds*, 425 F.3d 526, 531 (8th Cir.2005) (like district court, appellate court reviews bankruptcy court's fact findings for clear error and conclusions of law de novo), we conclude that the bankruptcy court's order is enforceable for the reasons discussed by the district court, *see* 11 U.S.C. § 105(a) (bankruptcy court may issue any order necessary or appropriate to carry out provisions of title). Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable James M. Moody, United States District Judge for the Eastern District of Arkansas.

2. The Honorable James G. Mixon, United States Bankruptcy Judge for the Eastern District of Arkansas.